IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JOHN LOUIS COOPER | § § | CASE NO. 24-31257 |
| DEBTOR | § § | CHAPTER 7 |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 7 SCHEDULES, STATEMENTS, NOTICE AND OTHER REQUIRED DOCUMENTS.**

On this Date, the Court considered the Debtor's Motion for Extension of time to File Chapter 7 Schedules, Statements, and Other Required Documents (the "Motion"). The Court finds that proper notice has been given to all parties in interest and good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion hereby is granted, and Debtor is granted an extension to file the original Chapter 7 Schedules A through J and Summary, Statement of Financial Affairs, Statement of Intent, Chapter 7 Statement of Current Monthly Income and Means Test Calculation, the Notice to Individual Consumer Debtor, Payment Advices, and related documents on or before April 29, 2024.